# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2343
LT Case No.2020-CF-001639
_____

MELISSA SUE BAILOR,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Hernando County.
Stephen E. Toner, Jr., Judge.

Matthew J. Metz, Public Defender, and Susan A. Fagan,
Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Bonnie Jean
Parrish, Assistant Attorney General, Daytona Beach, for
Appellee.

March 15, 2024


PER CURIAM.

    We affirm the judgment and sentence imposed by the trial
court following the revocation of Appellant's drug offender
probation, but we find it necessary to remand this case with
directions that the court correct a scrivener's error in the order
revoking probation to reflect that Appellant did not commit a

violation of condition 24 of her probation. The revocation order inadvertently states that Appellant violated condition 24 of her probation; however, she was never charged with violating this condition, nor was this condition part of her original order of drug offender probation. *See generally Daniels v. State*, 200 So. 3d 195 (Fla. 5th DCA 2016) (finding that remand was appropriate to correct technical error in order revoking probation to clarify sole condition of probation that defendant admitted to violating).

AFFIRMED;  REMANDED to correct scrivener's error.

WALLIS, HARRIS, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____